J-A08034-16

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| JOHN VINCENZI | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT M. MORGAN AND MORGAN | : | |
| COMPANY AND SELECTIVE INSURANCE | : | |
| | : | |
| Appellees | : | |
| | : | No. 2108 EDA 2015 |

Appeal from the Order Entered June 11, 2015
In the Court of Common Pleas of Northampton County
Civil Division at No(s): C-0048-CV-2013-11855

BEFORE:   BOWES, OLSON and STRASSBURGER,* JJ.

DISSENTING STATEMENT BY STRASSBURGER, J.:

**FILED NOVEMBER 18,2016**

I respectfully dissent.  Because I conclude that genuine issues of material fact exist as to whether Mr. Vincenzi was in the zone of danger and whether he feared physical impact, I would reverse and remand for trial on his claim for negligent infliction of emotional distress.

*Retired Senior Judge assigned to the Superior Court.